# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

SKECHERS U.S.A., INC. II,

    Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS d/b/a THE DOMAIN NAMES AND INTERNET STORES IDENTIFIED ON SCHEDULE "A",

    Defendants.

Civil Action No.: 1:24-cv-00596

Judge Jeremy C. Daniel

Magistrate Judge Jeffrey Cole

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
| --- | --- |
| 99 | mixichic.com |
| 68 | touchoftrending.com |
| 112 | The sea is the home |
| 113 | xingyuexiefu |
| 116 | Xinxin one |
| 102 | aishoes |
| 115 | AIMINI |
| 117 | keep silence |

DATED: March 30, 2024

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
33 W. Jackson Blvd., #2W
Chicago, Illinois 60604
Telephone:312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on March 30, 2024 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*
Keith A. Vogt