IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SKECHERS U.S.A., INC. II,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS d/b/a THE INTERNET STORES IDENTIFIED ON AMENDED SCHEDULE "A",<br><br>　　　　　　Defendants. | Case No. 24-cv-00596<br><br>Judge: Hon. Jeremy C. Daniel<br><br>Magistrate: Hon. Jeffrey Cole |

**DEFENDANT NO. 91, MICROSEQUENCE HK LTD,'S ANSWER TO AMENDED COMPLAINT**

Defendant Number 91, MICROSEQUENCE HK LTD. (doing business as "fitsshoes.com" and hereinafter referred to as "Defendant"), through its attorney, answers Plaintiff's Amended Complaint (D.E. 50) as follows:

**JURISDICTION AND VENUE**

1. Admitted as to subject matter jurisdiction pursuant to the provisions of Lanham Act, 15 U.S.C. § 1051 et seq. 28 U.S.C. § 1338(a)–(b) and 28 U.S.C. § 1331, otherwise denied.

2. Admitted that Defendant operates an internet store, otherwise denied with respect to Defendant. With respect to all other parties and allegations, Defendant lacks knowledge or information sufficient to form a belief about the truth of this allegation and therefore denies it.

**INTRODUCTION**

3. Admitted that the Amended Complaint has listed the purported registration information of multiple trademarks. With respect to all other parties and allegations, Defendant

lacks knowledge or information sufficient to form a belief about the truth of this allegation and therefore denies it. Defendant further states that the exhibit used by Plaintiff speaks for itself.

## THE PLAINTIFF

4. Denied with respect to Defendant. With respect to all other parties and allegations, Defendant lacks knowledge or information sufficient to form a belief about the truth of this allegation and therefore denies it.

5. Defendant lacks knowledge or information sufficient to form a belief about the truth of this allegation and therefore denies it.

6. Defendant lacks knowledge or information sufficient to form a belief about the truth of this allegation and therefore denies it.

7. Defendant lacks knowledge or information sufficient to form a belief about the truth of this allegation and therefore denies it.

8. Defendant lacks knowledge or information sufficient to form a belief about the truth of this allegation and therefore denies it.

## THE DEFENDANTS

9. Admitted that Defendant resides in the People's Republic of China. Admitted that Defendant operates an internet store. Otherwise, denied with respect to Defendant. With respect to all other parties, Defendant lacks knowledge or information sufficient to form a belief about the truth of this allegation and therefore denies it.

## THE DEFENDANTS' UNLAWFUL CONDUCT

10. Admitted that Defendant operates an internet store, otherwise denied with respect to Defendant. With respect to all other parties, Defendant lacks knowledge or information sufficient to form a belief about the truth of this allegation and therefore denies it.

11. Denied with respect to Defendant. With respect to all other parties and allegations, Defendant lacks knowledge or information sufficient to form a belief about the truth of this allegation and therefore denies it.

12. Denied with respect to Defendant. With respect to all other parties and allegations, Defendant lacks knowledge or information sufficient to form a belief about the truth of this allegation and therefore denies it.

13. Defendant lacks knowledge or information sufficient to form a belief about the truth of this allegation and therefore denies it. Defendant further states that the exhibit used by Plaintiff speaks for itself.

14. Denied with respect to Defendant. With respect to all other parties and allegations, Defendant lacks knowledge or information sufficient to form a belief about the truth of this allegation and therefore denies it.

15. Denied with respect to Defendant. With respect to all other parties and allegations, Defendant lacks knowledge or information sufficient to form a belief about the truth of this allegation and therefore denies it.

16. Denied with respect to Defendant. With respect to all other parties and allegations, Defendant lacks knowledge or information sufficient to form a belief about the truth of this allegation and therefore denies it.

17. Denied with respect to Defendant. With respect to all other parties and allegations, Defendant lacks knowledge or information sufficient to form a belief about the truth of this allegation and therefore denies it.

18. Denied with respect to Defendant. With respect to all other parties and allegations, Defendant lacks knowledge or information sufficient to form a belief about the truth of this allegation and therefore denies it.

19. Denied with respect to Defendant. With respect to all other parties and allegations, Defendant lacks knowledge or information sufficient to form a belief about the truth of this allegation and therefore denies it.

20. Denied with respect to Defendant. With respect to all other parties and allegations, Defendant lacks knowledge or information sufficient to form a belief about the truth of this allegation and therefore denies it.

21. Denied with respect to Defendant. With respect to all other parties and allegations, Defendant lacks knowledge or information sufficient to form a belief about the truth of this allegation and therefore denies it.

22. Denied with respect to Defendant. With respect to all other parties and allegations, Defendant lacks knowledge or information sufficient to form a belief about the truth of this allegation and therefore denies it.

23. Denied with respect to Defendant. With respect to all other parties and allegations, Defendant lacks knowledge or information sufficient to form a belief about the truth of this allegation and therefore denies it.

24. Denied with respect to Defendant. With respect to all other parties and allegations, Defendant lacks knowledge or information sufficient to form a belief about the truth of this allegation and therefore denies it.

25. Denied with respect to Defendant. With respect to all other parties and allegations, Defendant lacks knowledge or information sufficient to form a belief about the truth of this allegation and therefore denies it.

## COUNT I
## TRADEMARK INFRINGEMENT AND COUNTERFEITING (15 U.S.C. §1114)

26. Defendant repeats and incorporates by reference its responses to the allegations set forth in the preceding paragraphs.

27. Admitted that the Amended Complaint alleges trademark infringement, otherwise denied with respect to Defendant. With respect to all other parties and allegations, Defendant lacks knowledge or information sufficient to form a belief about the truth of this allegation and therefore denies it.

28. Denied with respect to Defendant. With respect to all other parties and allegations, Defendant lacks knowledge or information sufficient to form a belief about the truth of this allegation and therefore denies it.

29. Denied with respect to Defendant. With respect to all other parties and allegations, Defendant lacks knowledge or information sufficient to form a belief about the truth of this allegation and therefore denies it. Defendant further states that exhibit used by Plaintiff speaks for itself.

30. Denied with respect to Defendant. With respect to all other parties and allegations, Defendant lacks knowledge or information sufficient to form a belief about the truth of this allegation and therefore denies it.

31. Denied with respect to Defendant. With respect to all other parties and allegations, Defendant lacks knowledge or information sufficient to form a belief about the truth of this allegation and therefore denies it.

32. Denied with respect to Defendant. With respect to all other parties and allegations, Defendant lacks knowledge or information sufficient to form a belief about the truth of this allegation and therefore denies it.

## COUNT II
## FALSE DESIGNATION OF ORIGIN (15 U.S.C. §1125(a))

33. Defendant repeats and incorporates by reference its responses to the allegations set forth in the preceding paragraphs.

34. Denied with respect to Defendant. With respect to all other parties and allegations, Defendant lacks knowledge or information sufficient to form a belief about the truth of this allegation and therefore denies it.

35. Denied with respect to Defendant. With respect to all other parties and allegations, Defendant lacks knowledge or information sufficient to form a belief about the truth of this allegation and therefore denies it.

36. Denied with respect to Defendant. With respect to all other parties and allegations, Defendant lacks knowledge or information sufficient to form a belief about the truth of this allegation and therefore denies it.

37. Denied with respect to Defendant. With respect to all other parties and allegations, Defendant lacks knowledge or information sufficient to form a belief about the truth of this allegation and therefore denies it.

## COUNT III
## CYBERSQUATTING (15 U.S.C. § 1125(d))

38. Defendant repeats and incorporates by reference its responses to the allegations set forth in the preceding paragraphs.

39. Denied with respect to Defendant. With respect to all other parties and allegations, Defendant lacks knowledge or information sufficient to form a belief about the truth of this allegation and therefore denies it.

40. Denied with respect to Defendant. With respect to all other parties and allegations, Defendant lacks knowledge or information sufficient to form a belief about the truth of this allegation and therefore denies it.

41. Denied with respect to Defendant. With respect to all other parties and allegations, Defendant lacks knowledge or information sufficient to form a belief about the truth of this allegation and therefore denies it.

42. Denied with respect to Defendant. With respect to all other parties and allegations, Defendant lacks knowledge or information sufficient to form a belief about the truth of this allegation and therefore denies it.

43. Denied with respect to Defendant. With respect to all other parties and allegations, Defendant lacks knowledge or information sufficient to form a belief about the truth of this allegation and therefore denies it.

44. Denied with respect to Defendant. With respect to all other parties and allegations, Defendant lacks knowledge or information sufficient to form a belief about the truth of this allegation and therefore denies it.

## PLAINTIFF'S PRAYER FOR RELIEF

Defendant denies that Plaintiff is entitled to any relief whatsoever arising from any claim or set of allegations set forth in the Amended Complaint, and on that basis deny Plaintiff's Prayer for Relief in its entirety.

## GENERAL DENIAL

Defendant denies each and every allegation in the Amended Complaint to the extent not specifically admitted herein.

## AFFIRMATIVE DEFENSES

Without waiving any of the foregoing denials and subject to the responses above, Defendant alleges and asserts the following defenses in response to the allegations in the Amended Complaint, undertaking the burden of proof only as to those defenses deemed affirmative defenses by law, regardless of how such defenses are denominated herein. In addition to the affirmative defenses described below, subject to its responses above, Defendant specifically reserves all rights to amend its Answer and allege additional affirmative defenses that become known through the course of discovery or further investigation in this action.

### FIRST DEFENSE

**(No Likelihood of Confusion)**

There is no likelihood of confusion between Plaintiff's purported trademark and any alleged use of the mark by Defendant.

### SECOND DEFENSE

**(No Willful Infringement)**

On information and belief, all or some of Plaintiff's claims are barred, in whole or in part, because any alleged infringement by Defendant occurred innocently, and not willfully.

### THIRD DEFENSE

**(Equitable Defenses)**

On information and belief, all or some of Plaintiff's claims for relief are barred, in whole or in part, by the doctrines of equitable estoppel and/or other equitable remedies.

### FOURTH DEFENSE

**(Failure to State a Claim)**

The Amended Complaint, and each purported cause of action alleged therein, fails to state facts sufficient to constitute a claim against Defendant upon which relief can be granted.

## PRAYER FOR RELIEF

WHEREFORE, Defendant Number 91, MICROSEQUENCE HK LTD. (doing business as "fitsshoes.com") respectfully requests that the Court enter judgment in its favor and against Plaintiff, and grant the following relief:

A. Dismissing, with prejudice, the Amended Complaint in its entirety against Defendant;

B. Denying all relief that Plaintiff seeks in the Amended Complaint;

C. Finding this case to be exceptional under 15 U.S.C. § 1117(a) and awarding Defendant's costs and attorneys' fees; and

D. Awarding Defendant any other relief the Court deems just and equitable.

Dated: May 9, 2024                                    Respectfully Submitted,

**DEF. 91, MICROSEQUENCE HK LTD (d/b/a FITSSHOES.COM)**

By: */s/ Hua Chen*

Hua Chen
SCIENBIZIP, P.C.
550 S. Hope Street, Suite 2825
Los Angeles, California 90071
Telephone: (213) 426-1771
huachen@scienbizippc.com

*Counsel for Defendant*