# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

SKECHERS U.S.A., INC. II,

    Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS d/b/a THE INTERNET STORES IDENTIFIED ON SCHEDULE "A",

    Defendants.

Civil Action No.: 1: 24-cv-00596

Judge Jeremy C. Daniel

Magistrate Judge Jeffrey Cole

## JOINT STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), SKECHERS U.S.A., INC. II ("Skechers" or "Plaintiff"), and Defendant No. 91 Microsequence HK LTD. d/b/a fitsshoes.com identified on the Schedule A of the Complaint, file this Stipulation of Voluntary Dismissal, with prejudice. Each party is to bear its own attorneys' fees, costs and expenses.

DATED: December 19, 2024

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
33 West Jackson Boulevard, #2W
Chicago, Illinois 60604
Telephone: 312-971-6752
E-mail: keith@vogtip.com

**ATTORNEY FOR PLAINTIFF**

*/s/ Hua Chen*
Hua Chen (Bar No. 241831)
ScienBiziP, P.C.
550 S Hope Street, Suite 2825
Los Angeles, CA 90071
Telephone: 213-426-1778
E-mail: huachen@scienbizippc.com

**ATTORNEYS FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on December 19, 2024 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*
Keith A. Vogt